Electronically Filed
Supreme Court
SCCQ-21-0000462
10-MAR-2023
03:31 PM
Dkt. 67 OCOR

SCCQ-21-0000462

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN RE: JASPER CESAR MANUEL, Debtor, Plaintiff-Appellee.
(Case No. 11-02712 (RJF))
(Chapter 7)
--------------------------------------------------------
RICHARD A. YANAGI, Chapter 7 Trustee,

vs.

BANK OF AMERICA, N.A.,
Defendant-Appellant.
(Adv. No. 21-90001)

_____

ORIGINAL PROCEEDING

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed March 8, 2023, is corrected as follows:

On page 37, line 4, "Allizon" shall be corrected to read "Allison."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, March 10, 2023.

/s/ Sabrina S. McKenna
Associate Justice

